```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN

ST. THOMAS NURSING HOME PRIME      )
LIMITED PARTNERSHIP d/b/a SEA      )
VIEW NURSING HOME,                 )
                                   )
               Plaintiff,          )    Civil No. 2016-32
                                   )
          v.                       )
                                   )
CENTERS FOR MEDICARE AND           )
MEDICAID SERVICES, UNITED STATES   )
DEPARTMENT OF HEALTH AND HUMAN     )
SERVICES, UNITED STATES VIRGIN     )
ISLANDS DEPARTMENT OF HUMAN        )
SERVICES, ANITA ROBERTS            )
                                   )
               Defendants.         )
```

ATTORNEYS:

**Maria Tankenson Hodge**
**Mark D. Hodge**
Hodge & Hodge
St. Thomas, U.S.V.I.
　　*For the plaintiff, Sea View Nursing Home,*

**Joycelyn Hewlett, Acting United States Attorney**
**Kim L. Chisholm, AUSA**
**Angela Tyson-Floyd, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
　　*For the Centers for Medicare and Medicaid Services, and*
　　*United States Department of Health and Human Services,*

**Claude Walker, AG**
**Ariel Marie Smith-Francois, AAG**
Virgin Islands Department of Justice
St. Thomas, U.S.V.I.
　　*For the United States Virgin Islands Department of Human*
　　*Services and Anita Roberts.*

*Sea View v. United States*
Civil No. 2016-32
Judgment
Page 2

### JUDGMENT[1]

It is hereby **ORDERED** that the motion of the United States to dismiss for lack of subject matter jurisdiction is hereby **GRANTED;** it is further

**ORDERED** that the motion of the Government of the Virgin Islands to dismiss for lack of subject matter jurisdiction is hereby **GRANTED;** it is further

**ORDERED** that all pending motions in this case are **MOOT;** it is further

**ORDERED** that this case is **DISMISSED;** and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

S\_____
**CURTIS V. GÓMEZ**
**District Judge**

---

[1] The Court will issue a memorandum opinion outlining its reasons at a later date.